LEASE AGREEMENT Unit # 379 VIN 4VG7DARH6XN787252

THIS AGREEMENT ("Agreement") is entered this 1 day of January 2013 by and between J.F. Freight Company, 300 S Hicks Rd, Palatine, IL 60067 an Illinois Corporation hereinafter referred to as the Corporation, and Roadrunner Express, Inc. 302 S Hicks Rd, Palatine, IL 60067 referred to as the Independent Operator.

Whereas, the Corporation is engaged in the business of providing bookkeeping and dispatching services to entities that own and operate tractor/trailers which transport merchandise and goods for hire; and

Whereas, Independent Contractor owns one or more of such tractor/trailers, hereinafter referred to as "semi-trucks", in which such merchandise and goods, hereinafter referred to as "loads" will be transported by Independent Operator, pursuant to the provisions in this agreement; and

Whereas, either Independent Operator, or persons obtained by Independent Operators, as provided herein hereinafter referred to as "Drivers", will operate semi-trucks; and

Whereas, the Corporation obtains the Loads which are transported in the Semi-trucks through advertising and promotional programs which are operated, managed and paid for by the Corporation; and

Whereas, the Corporation and Independent Operator have agreed that he Corporation will furnish Independent Operator with the source and locations of Loads that Independent Operator will transport in the Semi-trucks, pursuant to the provisions herein; and

Whereas, the is the sole owner of all proprietary and other rights in the trade names under which it operates, J.F. Freight Company, which the Corporation has developed at its great expense; and

Whereas, the Corporation and Independent Operator have agreed that Independent Operator may use the trade name J.F. Freight Company, pursuant to the provisions herein.

Now, therefore, in consideration of the foregoing premises and the mutual covenants contained herein, it is mutually agreed as follows:

1. Recitals. The above recitals are incorporated herein as thought fully set forth herein.
2. Grant of Rights: The Corporation grants to Independent Operator, and Independent Operator accepts on the conditions and provisions set forth herein, the following rights and privileges:
    a) The Corporation will furnish the Independent Operator the sources and locations of Loads that Independent Operator or Drivers will transport for hire in Semi-trucks; and

1

**EXHIBIT 1**

b) The name of the Corporation shall be placed on the Semi-trucks operated by Independent Operator and any Driver operating the Semi-truck shall otherwise indicate to the public that the Semi-trucks are part of the system operated by the Corporation; and

c) The Corporation will engage in advertising and promotional programs that will benefit Independent Operator, the nature and extent of which will be determined solely by the Corporation in its discretion.

3. <u>Selection of Drivers.</u>   Independent Operator is responsible for obtaining Drivers for the Semi-trucks, but the Corporation in its discretion may assist Independent Operator in locating Drivers. The Corporation is solely responsible for scheduling the operation of all Semi-trucks performing service for the Corporation, provided, however, that Independent Operator my select any Driver to perform the service who has been previously approved by Corporation. All Procedures. The Corporation shall Inform Independent operator of all Drivers, which have approved for service. The Corporation may revoke its approval of a Driver at any time. If the Corporation makes such a determination, it shall inform Independent Operator shall not allow or permit such Driver to operate any of the Semi-trucks.

4.<u>Maintenance of Semi-trucks.</u>   Independent Operator shall ensure that its Drivers follow the Corporation's Operating Procedures while operating the Semi-trucks, and shall at all times act in manner which will maintain or improve safety, reputation and good-will developed by the Corporation.

Driver shall be responsible for promptly collecting the proper Load from each destination. Independent Operator and Driver shall, subject to Corporation's Operating Procedures, be responsible for the failure to promptly collect a load from any assigned destination for any reason, including but not limited to, loss theft, inappropriate conduct, failure to make an assigned trip, refusal to provide services, arrest and/or suspension or revocation of a driver's license.

Prior to permitting Driver to perform services for Independent Operator, Independent Operator shall cause Driver to provide to Corporation, Driver's social security number, commercial driver's license number, address, information regarding arrest and convictions and any other information which is required under Corporation's Operating Procedures.

The Operator and Driver shall be responsible for maintaining the Semi-truck in a clean and sanitary condition, repairing any damage, other that that resulting from normal wear and tear, an for the prompt of any and all parking and traffic tickets issued while he/she is in control of the Semi-truck. In the event Driver fails to perform the duties contained herein, Corporation may, at its option, cause such duties to be performed and deduct the amounts attributable thereto, form the amounts payable to the Operator and the Driver.

5. <u>Insurance</u>. The Corporation shall maintain and have in full force and effect during the term of this Agreement an insurance policy in a form acceptable to the Independent Operator and form an insurer acceptable to the Operator, insuring the Corporation and Operator and any Drivers from any and all loses, liability and expenses of any kind for death, property damage and personal injury arising out of, or occurring in connection with the operation of the Semi-trucks.

EXHIBIT 1

6. Status of Independent Operators and Drivers. The Corporation will provide to Independent Operator federal income tax form no. 1099. The parties hereto agree that *Independent Operator and Driver are not employees of the Corporation, but rather are independent contractor hired to perform the specific services described herein.* Corporation shall bear no responsibility for the withholding of federal income tax or for contribution on behalf of Independent Operator and Driver under the Federal Insurance Contribution Act or state statues providing for unemployment compensation, or worker's compensation. It shall be the responsibility of the Independent Operator to provide form 1099 to each of its drivers.

7. Suitability of Vehicles. The Corporation reserves the right to determine the suitability of the make, model, and type of Semi-trucks, and the Corporation reserves the right to determine the uniform replacement of Semi-trucks operating for the Corporation.

8. Non-competitions; Solicitation. Upon the termination of this Agreement for any reason, by either the Corporation or Independent Operator, Independent Operator will not, for a period of three (3) years thereafter, solicit any of the Corporation's customers or access sources used by the Corporation for developing its customers base in any form, for transportation or brokerage of Loads, or seek to employ or otherwise engage any person acting as an Independent Operator or Driver on behalf of an Independent Operator or the Corporation, or attempt to induce him to terminate his activities on behalf of an Independent Operator.

Upon termination of any of the services of any Driver for any reason, by either the Corporation, Independent Operation or the Driver, Driver will not, for a period of two (2) years, solicit any of the Corporation's customers or access sources used by the Corporation for developing its customers base in any form, for transportation or brokerage of Loads. In the event of the breach of the covenants contained in this paragraph by either Independent Operator or Driver, Corporation shall have the absolute right to seek an injunction in order to prevent the continuance of such breach, the parties hereby agreeing that there are not adequate remedies at law. The "Corporation's Customers" as used in this Paragraph 15 only, shall, mean; directors, employees, agents, or any partnership, corporation or other entity, whose officers, directors, employees, agents or representatives provide, engage, broker or otherwise develop sources for providing the Corporation with Loads. Independent Operator agrees that the promise made herein to refrain form soliciting the Corporation's Customers means that eh Independent Operator will not, directly or indirectly, either individually or as a partner, officer, director, employee, agent representative provide, engage, broker or otherwise develop source for providing the Corporation with Loads. Independent Operator agrees that the promise made herein to refrain from soliciting the Corporation's Customers means that the Independent Operator will not, directly or indirectly, either individually or as a partner, officer, director, employee, agent, representative, or salesperson, of or for any person, firm, partnership, association or corporation, engage in such solicitation of the Corporation's Customers.

9. Transfer of Interest in Agreement. Independent Operator may not (I) transfer his or its interest in this Agreement, (II) allow any person other than the Independent Operators or its Drivers approved by the Corporation to operate Semi-trucks for the benefit of the Corporation pursuant to this Agreement or (III) if Independent Operator is a corporation, attempt to sell, pledge, hypothecate, assign or otherwise transfer any of its shares, without the prior approval of the Corporation. The Corporation reserves the right to require any person to whom the Independent Operator's interest in this Agreement is transferred to execute an Agreement in the form of this Agreement, or as otherwise requested by the Corporation. Any transfer or attempted transfer of Independent Operator's rights under this Agreement without the express written consent of the Corporation shall be null and void and shall terminate Independent Operator's rights hereunder.

**EXHIBIT 1**

10. Modification of Corporation Procedures and Policies. The Corporation expressly reserves the right to revise amends and change from time to time the Corporation's Operating Procedures and the manner in which it operates its business. Independent Operator shall with all such revisions, amendments or charges.

11. Term. Unless terminated as provided herein, this Agreement shall remain in effect for period of two years from the date hereof, and shall be automatically extended for further periods of two years, unless one of the parties hereto gives the other parties written notice of an intention to terminate this Agreement thirty day prior to the expiration of a two year term. Notwithstanding the foregoing, the Corporation may terminate this Agreement at any time by giving Independent Operator oral or written notice of such termination, both of which shall be effective on receipt by Independent Operator. Independent Operator may terminate this Agreement at any time by giving the Corporation written notice of such termination seven days prior to the date of such termination, provided that the Corporation may decide, in this discretion, that such notice shall be effective upon receipt by the Corporation. As of the date on which the termination of this Agreement is effective, Independent Operator covenants and agrees that he will cease to use by advertising, or otherwise directly and indirectly, the trade name "J.F. FREIGHT" and any similar or suggestive word, slogans, or abbreviations. Further, as of the date on which the termination of this Agreement is effective, Independent Operator covenants and agrees to cease holding himself out to any of the Corporation's customers or to any member of the public, that he is associated in any way with the Corporation.

12. Miscellaneous. The privileges granted to the Independent Operator by this Agreement contemplate the operation of independent trucking service system, and the right granted herein shall not be applied or extended, directly or indirectly by the Independent Operator to any other business or enterprise, including the transportation of packages, mail or goods, without the express written consent of the Corporation.

This Agreement contains the entire agreement of the parties hereto, and the parties have entered into no representations inducements, promises or agreements, oral or otherwise, hereto which are not provided herein.

No failure of the Corporation to exercise any power given to it herein, or to insist upon strict compliance by the Independent Operator of any of his obligations herein or no custom or practice of the parties at variance with the terms herein shall constitute a waiver of the Corporation's right to demand strict compliance with the provision herein.

The Corporation and the Independent Operator are not, and shall not be considered to be joint ventures, partners or agents of the other, accepts as set forth herein. The laws of the State of Illinois shall govern this Agreement.

13. Sever ability. If any part of this Agreement is declared invalid for any reason, such decision shall not affect the validity of any remaining portions of this Agreement, which remaining portions shall remain in full force and effect as if this Agreement had been executed with the invalid portion eliminated. Further, it is hereby declared the intention of the parties hereto that they would have executed the remaining portion of this Agreement without including any such portion that has been declared invalid.

**EXHIBIT 1**

14. <u>Acknowledgement</u>. Independent Operator acknowledges that he has read this Agreement and that he understands its contents.

15. TERMS: This agreement shall remain in full force and effect for the period commencing the first day of January, 2013 and ending December 31st, 2013, and from year to year thereafter unless terminated by either party as heroin provided.

IN WITNESS WHEREOF, the parties hereto have caused these presents to be executed as follows:

(For the "Independent Contractor")

In the County of Cook, State of Illinois Town City of Palatine.

ROADRUNNER EXPRESS, INC.
INDEPENDENT OPERATOR

_____
Signature

J.F. FREIGHT COMPANY
THE CORPORATION

_____
Signature

**EXHIBIT 1**