

## Investigative Report

| | | | |
|---|---|---|---|
| Pinnacol # | 3558034 | Name: | Maclen Dominguez |
| Referral # | 190034 | Address: | 1955 Sickle Monte Vista, Colorado 81144 |
| Type: | Compensability Statements | DOI: | 02/04/2013 |
| | | Injury: | FACIAL BONES-CONTUSION. EYE(S)-CONTUSION. EAR(S)-RUPTURE. EMPLOYEE WAS ATTEMPTING TO PUT OUT A FIRE UNDER A SEMI TRUCK AND AN AIRBAG EXPLODED. |
| SIU Investigator: | Hindes, John | | |
| Target Due Date: | | | |
| Requestor: | Stephanie Nichols - 4415 | | |
| Requestor Phone #: | 303-361- 4415 | Vendor: | |

### Overview/Background

Vehicle fire occurred after leaving and then returning w/ a load of potatoes. Who loaded the truck, who owns the truck? Was the truck weighed before it left the PH property? How far did the truck travel before the fire started? Who determines the amount of the load? Please obtain a copy of any work orders for the load.

### Contact Information

Name: Jared Myers

Address: 53943 C.R.B. Center, Colorado
Phone #: 719-754-3613 Office
719-588-1066 Cell

Job Title: Summit Farms Owner/Policy Holder

Length of Employment: Unknown

EXHIBIT 2

## Investigation Summary

I have obtained the following information:

A written statement answering all of the questions asked by the CR from the Owner and Policy Holder Jared Myers.

Invoice from Summit Farms to Kirschenmann Farms

Certificate of Liability Insurance ACORD Form for JF Freight Company

Truck weight slip # 7061

All documents received have been placed in File Tracker.

## Details of Investigation

### Contact with:

The names of the people injured were Maclen Dominguez and Randy Lopez.

I have two photos of his injury if that is what you're referring to and the only reports I have are the first report of injury that I prepared for Pinnacol which you should have access to.

We (Summit Farms, LLC) were the people that loaded the truck.

JF Freight are the owners of the truck.

The truck was weighed and he thought he had too much weight on so he went back to our loading location so my crew could take the weight off. His brakes must have been locked on the way over and heated up to cause the fire. He traveled 15.25 miles from our scale location to our loading location.

The amount of the load is determined by state law. 80,000 lbs. gross is the maximum allowable weight. They can also only carry a certain amount on each axle (12,000 for the steering axle, 34,000 lbs. on the drive axle), and 34,000 lbs. on the trailer axle. Attached is a copy of his original scale ticket showing his gross weight at 80,360 lbs? 99 times out of 100 this weight will be acceptable because by the time he reaches any

EXHIBIT 2

official weigh station he will be weighing under 80,000 due to having less fuel in his tanks.

The other attachment titled 230291 is the invoice we sent to the customer with all pertinent information on it. It shows his net weight of 43,960 lbs. which is 1,040 lbs. lighter than the original weight that I attached to this email.

I also included a copy of their company insurance, if you don't have it.

Thanks

Jared Myers
Summit Farms
719-754-3613 Office
719-588-1066 Cell

**EXHIBIT 2**