IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  **16- cv- 00181-JLK**

**Maclen Dominguez, a Colorado resident**

 Plaintiff,

v.

**JF Freight Company, an Illinois resident**

 Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

 Comes Now the Plaintiff Maclen Dominguez and the Defendant JF Freight Company, by and through counsel, and stipulate and agree that the above mentioned action be dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 7th day of October, 2016.

STIPULATED AND AGREED TO:

| | |
|---|---|
| By:  /s/ Richard M. Kaudy | By: /s/ Charles E. Weaver |
| Richard M. Kaudy, #12345 | Charles E. Weaver, |
| **THE KAUDY LAW FIRM, LLC** | **JACHIMIAK PETERSON, LLC** |
| 333 W. Hampden Avenue, Suite 850 | 1819 Denver West Drive, Suite 265 |
| Englewood, CO 80110 | Golden, CO 80401 |
| Phone:  (303) 623-1885 | Phone: 303.863.7700 |
| Fax:  (303) 623-1825 | Fax: (303) 830-8772 |
| Email:  rkaudy@kaudylaw.com | Email: cweaver@jpfirm.law |
| ATTORNEY FOR THE PLAINTIFF | ATTORNEY FOR DEFENDANT |