# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00181-JLK

MACLEN DOMINGUEZ, a Colorado resident,

    Plaintiff,

v.

JF FREIGHT COMPANY, an Illinois resident,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Joint Stipulation for Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney fees and costs.

BY THE COURT:

Dated October 7, 2016

*/s/ John L. Kane*
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE